United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-17541-amc
Aaron Jones                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD          Page 1 of 1           Date Rcvd: Dec 04, 2018
                             Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2018.
db              +Aaron Jones,   15 Mary Street,   Coatesville, PA 19320-4000
14235409        +Pacific Union Financial,   c/o Rebecca A Solarz, Esquire,   701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Dec 05 2018 03:17:47     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2018 03:17:26
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 05 2018 03:17:47     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    Pacific Union Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Aaron Jones | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-17541 AMC |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 11/13/18, this case is hereby DISMISSED.

**Date: December 4, 2018**

_____
Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

> Certification Concerning Credit Counseling
> and/or Certificate of Credit Counseling
> Chapter 13 Plan
> Chapter 13 Statement of Your Current Monthly
> Income and Calculation of Commitment Period
> Means Test Calculation
> Schedules AB-J
> Statement of Financial Affairs
> Summary of Assets and Liabilities
> Matrix

bfmisdoc